THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YAISHA HODGES,

    Plaintiff

v.

FREDDIE RUFUS, et al.

    Defendants

3:18-CV-1528
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 4th DAY OF SEPTEMBER, 2020**, upon review of Magistrate Judge Arbuckle's Report and Recommendation ("R&R") (Doc. 7) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 7) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Orders and for failure to prosecute this action.[1]

3. The Clerk of Court is directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge

---

[1] Plaintiff's failure to file any documents in this action since the time it was transferred from the Southern District of Ohio in August of 2018, including making any attempt to provide this Court with an updated address, further supports the conclusion that Plaintiff has failed to prosecute and has abandoned this action.